ACCEPTED
01-15-00150-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/18/2015 4:20:05 PM
CHRISTOPHER PRINE
CLERK

## Nos. 01-15-00149-CR, 01-15-00150-CR, 01-15-00151-CR

In the

Court of Appeals

For the

First District of Texas

At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/18/2015 4:20:05 PM

CHRISTOPHER A. PRINE
Clerk

————————◆————————

## Nos. 1974171, 1974172, 2001637

In the County Criminal Court at Law No. 4

Of Harris County, Texas

————————◆————————

**JAMES GUZMAN,** *pro se*

*Appellant*

V.

**THE STATE OF TEXAS**

*Appellee*

————————◆————————

STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

————————◆————————

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 2 & 10.5, moves for

an extension of time in which to file its appellate brief and in its motion, would

show the Court the following:

1. The State charged appellant by information with three offenses of

misdemeanor assault. (C.R. I at 7; C.R. II at 7; C.R. III at 6) [1]  Two

cases were enhanced with a prior conviction for felony assault-family

member. (C.R. I at 7; C.R. II at 7)  Appellant's third assault case was

enhanced with a prior misdemeanor assault conviction. (C.R. III at 6)

---

[1] C.R. I refers to the Clerk's Record for cause number 1971471 (No. 01-15-00149-CR);
C.R. II refers to the Clerk's Record for cause number 1974172 (No. 01-15-00150-CR);
C.R. III refers to the Clerk's Record for cause number 2001637 (No. 01-15-00151-CR).

Appellant pled guilty to all three cases pursuant to a plea bargain agreement reached between himself and the State. (C.R. I at 10-11; C.R. II at 10-11; C.R. III at 10-11)  Appellant was sentenced to 120 days in the Harris County Jail with credit for eight days served. (C.R. I at 16; C.R. II at 16; C.R. III at 15)  The sentences were to run concurrently and matched the plea bargain agreement reached between appellant and the State. (C.R. I at 16-17; C.R. II at 16-17; C.R. III at 15-16; *see* C.R. I at 10; C.R. II at 10; C.R. III at 10)  Appellant timely filed notice of appeal but the trial court certified appellant had no right of appeal in any of the cases and expressly denied appellant permission to appeal. (C.R. I at 19, 22; C.R. II at 19, 22; C.R. III at 18, 21; R.R. I at 8; R.R. II at 8; R.R. III at 8; *see* C.R. I at 17, 23; C.R. II at 17, 23; C.R. III at 16, 22) [2]  The record contains no written motions filed and ruled upon by the trial court prior to appellant's guilty pleas.

2. The State's brief was due on May 18, 2015.  This Court has previously granted one extension for the State to file a reply brief on April 17, 2015. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

---

[2] R.R. I refers to the Reporter's Record for cause number 1971471 (No. 01-15-00149-CR); R.R. II refers to the Reporter's Record for cause number 1971472 (No. 01-15-00150-CR); R.R. III refers to the Reporter's Record for cause number 2001637 (No. 01-15-00151-CR).

a. The undersigned attorney filed a Motion to Dismiss appellant's appeal in all three cases at issue in this appeal for want of jurisdiction on April 24, 2015. Based upon the abovementioned statement of the case, appellant failed to invoke this Court's jurisdiction in any of the cases at issue in this appeal. As of May 18, 2015, the undersigned attorney has not received notice of this Court's ruling upon the State's Motion to Dismiss for want of jurisdiction. Should this Court grant the State's Motion to Dismiss, a reply brief upon the merits of appellant's appeal would not be necessary for this Court to review.

b. Additionally, the undersigned attorney has been involved in completing the following written appellate projects during the time the undersigned attorney was assigned State's reply brief in this case:

    (1)    Ricardo Pena v. State of Texas
            No. 01-14-00803-CR
            No. 01-14-00804-CR
            Brief Due: May 18, 2015

    (2)    Manuel Nava v. State of Texas
            No. 01-14-00628-CR
            Brief Due: May 6, 2015
            Brief Submitted: May 6, 2015

    (3)    Demetrus Horton v. State of Texas
            No. 01-14-00993-CR
            Brief Due: May 21, 2015

    (4)    Sammie Davis v. State of Texas
            No. 14-14-00778-CR
            Brief Due: June 5, 2015

    (5)    Mark Mahlow v. State of Texas
            No. 01-14-00753-CR
            Brief Due: June 10, 2015

Consequently, the undersigned attorney has not completed the State's reply brief in this case in the time permitted, and the requested extension of time would be necessary to permit the undersigned attorney to adequately investigate, complete, and file the State's appellate brief for this cause, should this Court deny the State's Motion to Dismiss. The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that, should this Court deny the State's Motion to Dismiss, this Court will grant a thirty day extension of time, from the date of the denial, if any, of the State's Motion to Dismiss, for the undersigned attorney to complete and file the State's appellate brief in this case.

Respectfully submitted,

/s/ *Patricia McLean*
**PATRICIA MCLEAN**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826
McLean_Patricia@dao.hctx.net
TBC No. 24081687

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served to:

James E. Guzman, pro se
TDC #01023457; SPN 01125709
Texas Department of Criminal Justice
Joe F. Gurney Transfer Facility
1385 FM 3328
Palestine, TX 75803

/s/ *Patricia McLean*
**PATRICIA MCLEAN**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826
McLean_Patricia@dao.hctx.net
TBC No.24081687

Date: May 18, 2015